UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:15-cr-93-FtM-38MRM

GARRY JOSEPH

## **ORDER**

This matter comes before the Court on the Stipulation regarding Restitution (Doc. #73) filed on January 17, 2017.  The parties have filed this stipulation indicating that the defendant will pay restitution jointly and severally with Nesly Loute (2:15-cr-99-FtM-38MRM) and Sijames Melus (2:15-cr-93-FtM-38MRM) to the victims of the offense listed in the stipulation:

| **Payee** | **Amount** |
|---|---|
| Allstate | $50,999.47 |
| Ascendant | $2,061.03 |
| Direct | $257,151.64 |
| Esurance | $15,721.70 |
| Fajua | $42,867.88 |
| Farmers Insurance | $56,197.41 |
| Foremost | $6,863.14 |
| Gainsco | $3,321.71 |
| Geico | $409,850.77 |
| Hartford | $9,698.76 |
| Horace Mann | $262,671.00 |
| Infinity Insurance | $76,279.25 |
| Liberty Mutual | $40,275.15 |
| Mercury | $71,346.84 |
| Ocean Harbor | $1,734.74 |

| Ocean Harbor | $14,194.10 |
| --- | --- |
| Peachtree | $40,573.67 |
| Progressive | $124,023.17 |
| Safeco | $23,683.56 |
| Sentry | $15,963.37 |
| Star | $17,239.58 |
| State Farm Insurance | $117,792.04 |
| Travelers | $15,965.77 |
| Windhaven | $130,129.60 |
| **Total:** | **$1,806,605.35** |

Having considered the stipulation, the court will accept the stipulation as outlined below.

Accordingly, it is now

**ORDERED:**

The Stipulation regarding Restitution (Doc. #73) is **ACCEPTED and ADOPTED**. The clerk is directed to amend the restitution portion of the Judgment to reflect the stipulated amounts and payees listed above.

**DONE AND ORDERED** at Fort Myers, Florida, this 10th day of February, 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record